FILED
2017 Apr-21 PM 01:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

| State of Alabama Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: CV201700099<br>Date of Filing: Month / Day / Year | Judge Code: |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF **Jefferson County**, ALABAMA
*(Name of County)*

**Broken Vessel United Missionary F.G. Baptist Church** v. **Nationwide Insurance Company**
Plaintiff                                                                                                                                Defendant

First Plaintiff: ☑ Business  ☐ Individual  ☐ Government  ☐ Other
First Defendant: ☐ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**FILED IN OFFICE**
**CIRCUIT CIVIL DIVISION**
**MAR 24 2017**
**ANNE-MARIE ADAMS**
**CLERK**

**ORIGIN** (check one):  F ☐ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: ___
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** H A R 3 3 3    Date: 3/24/2017    Signature of Attorney/Party filing this form: *Felicia Harris Daniels*

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☐ UNDECIDED

| State of Alabama Unified Judicial System | SUMMONS | Court Case Number |
|---|---|---|
| Form C-34    Rev. 7/2016 | -CIVIL- | CV2017 00099 |

IN THE ___Jefferson___ COURT OF ___County___ COUNTY, ALABAMA
(Circuit, District, or Juvenile)                        (Name of County)

___Broken Vessel United Missionary Full___  v.  ___Nationwide Insurance___
___Gospel Baptist Church___                     ___Company___
[Name(s) of Plaintiff(s)]                                [Name(s) of Defendant(s)]

NOTICE TO: ___Nationwide Insurance Company___
                    (Name of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ATTORNEY(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___Felicia Harris Daniels (HAR335)___ WHOSE
                                                                                                         [Name(s) of Attorney(s)]
ADDRESS(ES) IS/ARE: ___844 5th Ave South___
___4720 Court V, B'ham AL 35208___
[Address(es) of Plaintiff(s) or Attorney(s)]

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAR 24 2017
ANNE-MARIE ADAMS
CLERK

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                                                         [Name(s)]
pursuant to the Alabama Rules of Civil Procedure
___MAR 2 7 2017___   ___Anne-Marie Adams___ By: _____
(Date)                          (Signature of Clerk)

☐ Certified Mail is hereby requested.  _____
                                                         (Plaintiff's Attorney's Signature)

**RETURN ON SERVICE**

☒ Return receipt of certified mail received in this office on _____
                                                                                                 (Date)
☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ___
___Felicia Harris Daniels___ in ___Jefferson___ County,
(Name)                                    (Name of County)
Alabama on ___3/25/2017___.
                      (Date)

_____    _____
(Type of Process Server)              (Address of Server)

                                                _____
                                                (Phone Number of Server)

5005501

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>**Nationwide Insurance**<br>**1100 Locust Street**<br>**Dept. 1100**<br>**Des Moines, Iowa 50391-1100** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below ☐ No | |
| CV2017-000099    D001<br>9590 9401 0050 5168 0550 19 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>   Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1970 0000 8954 2924 | | |

PS Form 3811, April 2015 PSN 7530-02-000-9053                                    Domestic Return Receipt

---

7016 1970 0000 8954 2924

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To

Street and Apt No., or PO Box No

City, State, ZIP+4

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| BROKEN VESSEL UNITED<br>MISSONARY FULL GOSPEL<br>BAPTIST CHURCH<br>Plaintiff, | )<br>)<br>)<br>)<br>) | CV201700099 |
| v. | )<br>) | |
| NATIONWIDE INSURANCE<br>COMPANY, | )<br>)<br>) | |
| A, B, and C, whether singular or<br>plural, being those firms, entities<br>or corporations that purchased<br>or otherwise acquired the assets,<br>and/ or ownership of the Nationwide<br>Insurance Company, at any time<br>Material to this lawsuit; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| D, E, and F, whether singular or<br>plural, being those firms, entities<br>or corporations which provided<br>insurance coverage to Broken Vessel<br>United Missionary Full Gospel<br>Baptist Church or otherwise issued<br>an insurance policy to it during the<br>times material to this lawsuit; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED IN OFFICE<br>CIRCUIT CIVIL DIVISION<br>MAR 24 2017<br>ANNE-MARIE ADAMS<br>CLERK |
| G, H, and I, whether singular or<br>plural, being those firms, entities<br>or corporations which are the<br>successors in interest Nationwide<br>Insurance Company or any of the<br>fictitious defendants named herein;<br>whose true and correct identities are<br>currently unknown, but will be added<br>by amendment when ascertained, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

CV201700099

# COMPLAINT

## PARTIES

1. Plaintiff, Broken Vessel United Missionary Full Gospel Baptist Church, hereinafter referred to as "Plaintiff" or "Broken Vessel", is a legally organized church located at 4720 Court V, Birmingham, Alabama 35208.

2. Defendant, Nationwide Insurance Company, hereinafter to as "Defendant" or "Nationwide", is certified to do business in the State of Alabama and was, in fact, conducting business in Alabama on the date of the incident made the basis of this Complaint.

3. Defendants A, B, and C, whose true and correct identities are currently known, but will be substituted by amendment when ascertained, are those firms, entities, or corporations that purchased or otherwise acquired the assets and/ or ownership of Nationwide at any time material to this lawsuit.

4. Defendants D, E, and F, whose true and correct identities are currently known, but will be substituted by amendment when ascertained, are those firms, entities, or corporations which provided commercial property insurance coverage to Broken Vessel or otherwise issued an insurance policy to her during the times material to this lawsuit.

5. Defendants G, H, and I, whose true and correct identities are currently unknown, but will be substituted by amendment when ascertained, are those firms, entities, or corporations which are the successors in interest to Nationwide Insurance Company or any of the fictitious defendants named herein.

## JURISDICTION AND VENUE

6. The Jefferson County Circuit Court has original subject matter jurisdiction pursuant to Ala. Code § 12-11-30 in that this civil action wherein the amount of controversy exceeds $10,000, exclusive of interest and costs.

7. Venue is proper in Jefferson County, Alabama, in that the property insured under the Nationwide Insurance Company commercial property's policy made the basis of this lawsuit is located at 4720 Court V Ensley, Birmingham, Alabama 35208.

STATEMENT OF FACTS

8. Plaintiff entered into a commercial property policy with Nationwide to insure the church and its contents located at 4720 Court V Ensley, Birmingham, Alabama 35208.

9. Broken Vessel purchased a corporate policy of Full Replacement Value and continue to pay for said policy today.

10. The policy period for said commercial property policy was for July 6, 2016, through July 6, 2017.

11. On or about November 26, 2016, the Plaintiff's church building burned and destroyed and sustained substantial damage and property loss due to the fire.

12. That on or about November 27, 2016, Plaintiff submitted a timely claim to Nationwide to obtain coverage under the Nationwide corporate policy for the fire damage to the church.

13. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel refusing to accept the Birmingham Fire Department's report of "undetermined cause".

14. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel refusing to accept the Birmingham Police Department's report of "no sign of arson".

15. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel refusing to accept the Birmingham Fire Department's report of "undetermined cause".

16. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel based upon their own investigations alleging that the fire was "intentionally set".

17. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel refusing to accept the church's contractor calculated cost to rebuild the church.

18. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel refusing the church's contractor cost to demolish the burnt church structure.

19. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel based upon the pastor's felony background, which the pastor had previously revealed to Nationwide.

20. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel insinuating the pastor had knowledge of the alleged intentional "setting of the fire", stating they had proof, which had never been presented.

21. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel refusing to honor the "Full Replacement" value of the policy.

22. On or about February 2, 2017, Nationwide failed to honor the corporate policy issued to Broken Vessel stating prior claims preclude paying the value of the policy.

23. On or about February 2, 2017, Pastor of Broken Vessel, under duress because of his fear of the implied allegations, signed an offer without obtaining the church board's approval.

## COUNT ONE
## BREACH OF CONTRACT

24. Plaintiff re- alleges and re- avers the allegations in Paragraphs One through Twenty-three.

25. The Defendant, Nationwide, A,B,C and ,D,E,F, and G,H,I, breached its corporate policy by failing and/ or refusing to fully compensate the Plaintiff's church building that was burned and destroyed and sustained substantial damage and property loss due to fire.

26. While Nationwide offered $293,000 as payment to satisfy Plaintiff's fire claim for property loss and damage, this amount is substantially under the value of the items and furnishing s destroyed and will not make the Plaintiff whole.

27. Plaintiff avers that Nationwide has breached its contract on the fire damage because it has undervalued the fire damage without reason or justification.

28. Plaintiff avers that Nationwide has breached its contract on the property loss because it has undervalued the property loss without reason or justification.

29. The Plaintiff has complied with all of the conditions of the insurance policy prior to filing this Complaint. All conditions precedent have been performed or occurred.

   WHEREFORE, PREMISES CONSIDERED, Plaintiff, Broken Vessel, demands a judgment against Defendant, Nationwide, A,B,C and ,D,E,F, and G,H,I, for compensatory, punitive, and general damages in such amounts as a jury determines to be reasonable.

## COUNT TWO

### BAD FAITH

30. Plaintiff re- alleges and re- avers the allegations in Paragraphs One through Twenty-nine.

31. The Defendant, Nationwide, A,B,C and ,D,E,F, and G,H,I, breached its corporate policy by denying Plaintiff's timely claim for coverage under the Nationwide corporate policy submitted on or about November 27, 2016, failed to pay such claims, and failed to investigate the claims properly.

32. That, as evidence of Nationwide's refusal to pay on all of the Plaintiff's claims, had no reasonably legitimate or arguable reason to deny these claims.

33. In addition, Defendant, Nationwide, A,B,C and ,D,E,F, and G,H,I, intentionally and recklessly failed to investigate these claims, intentionally and recklessly failed to subject these claims to a cognitive review, manufactured a debatable reason to deny these claims and relied on unsubstantiated, ambiguous information to deny these claims.

34. The Plaintiff has been unable to use the church building and are unable to rebuild the church building since it is unable to afford to repair and/ or replace the church building without the insurance coverage it bargained for in the Nationwide corporate policy.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Broken Vessel, demands a judgment against Defendant, Nationwide, A,B,C and ,D,E,F, and G,H,I, for compensatory, punitive, and general damages in such amounts as a jury determines to be reasonable.

PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY

Done this 23rd day of March, 2017.

Nationwide Insurance
1100 Locust Street, Dept 1100
Des Moines, IA 50391- 1100

*/s/ Felicia Harris Daniels*

FELICIA HARRIS- DANIELS (HAR333)
8444 5th Avenue South
Birmingham, AL 35206
(205) 637-2298

PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL AT:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nationwide Insurance
   1100 Locust Street
   Dept. 1100
   Des Moines, Iowa 50391-1100

   CV2017-000099                D001

   9590 9401 0050 5168 0550 19

2. Article Number (Transfer from service label)

   7016 1570 0000 8954 2924

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   [Postmark: DES MOINES, MAR 30 2017]

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP in this box*

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. N.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
APR 04 2017
ANNE-MARIE ADAMS
CLERK

USPS TRACKING #



9590 9401 0050 5168 0550 19



AlaFile E-Notice

01-CV-2017-000099.00
Judge: ELISABETH A FRENCH

To: HARRIS-DANIELS FELICIA DE
mrsharrisdaniels@att.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BROKEN VESSEL UNITED MISSONARY VS NATIONWIDE INSURANCE COMPANY
01-CV-2017-000099.00

The following matter was served on 3/30/2017

**D001 NATIONWIDE INSURANCE COMPANY**
**Corresponding To**
CERTIFIED MAIL

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JOHN JOHNSON**

County: **01**  Case Number: **CV-2017-000099.00**  Court Action:

Style: **BROKEN VESSEL UNITED MISSONARY VS NATIONWIDE INSURANCE COMPANY**

Real Time

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 3/24/2017 | 4:24 PM | FILE | FILED THIS DATE: 03/24/2017           (AV01) | PDS |
| 3/24/2017 | 4:24 PM | EORD | E-ORDER FLAG SET TO "Y"           (AV01) | PDS |
| 3/24/2017 | 4:24 PM | ASSJ | ASSIGNED TO JUDGE: ELISABETH A FRENCH      (AV01) | PDS |
| 3/24/2017 | 4:24 PM | SCAN | CASE SCANNED STATUS SET TO: N           (AV01) | PDS |
| 3/24/2017 | 4:24 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED           (AV01) | PDS |
| 3/24/2017 | 4:24 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE           (AV01) | PDS |
| 3/24/2017 | 4:24 PM | ORIG | ORIGIN: INITIAL FILING           (AV01) | PDS |
| 3/24/2017 | 4:25 PM | C001 | C001 PARTY ADDED: BROKEN VESSEL UNITED MISSONARY F | PDS |
| 3/24/2017 | 4:25 PM | C001 | INDIGENT FLAG SET TO: N           (AV02) | PDS |
| 3/24/2017 | 4:25 PM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE      (AV02) | PDS |
| 3/24/2017 | 4:25 PM | C001 | C001 E-ORDER FLAG SET TO "N"           (AV02) | PDS |
| 3/24/2017 | 4:25 PM | D001 | D001 PARTY ADDED: NATIONWIDE INSURANCE COMPANY | PDS |
| 3/24/2017 | 4:25 PM | D001 | INDIGENT FLAG SET TO: N           (AV02) | PDS |
| 3/24/2017 | 4:25 PM | D001 | D001 E-ORDER FLAG SET TO "N"           (AV02) | PDS |
| 3/24/2017 | 4:28 PM | ESCAN | SCAN - FILED 3/24/2017 - CIVIL COVERSHEET | PDS |
| 3/24/2017 | 4:28 PM | ESCAN | SCAN - FILED 3/24/2017 - SUMMONS | PDS |
| 3/24/2017 | 4:29 PM | ESCAN | SCAN - FILED 3/24/2017 - COMPLAINT | PDS |
| 3/27/2017 | 9:48 AM | C001 | LISTED AS ATTORNEY FOR C001: HARRIS-DANIELS FELIC | KAH |
| 3/27/2017 | 9:49 AM | D001 | D001 ADDR STATE CHANGED FROM: AL           (AV02) | KAH |
| 3/27/2017 | 9:49 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE      (AV02) | KAH |
| 3/27/2017 | 9:50 AM | D001 | CERTIFIED MAI ISSUED: 03/27/2017 TO D001      (AV02) | KAH |
| 4/13/2017 | 10:48 AM | ESERC | SERVICE RETURN | MAM |
| 4/13/2017 | 10:49 AM | D001 | SERVICE OF CERTIFIED MAI ON 03/30/2017 FOR D001 | MAM |

   **END OF THE REPORT**