FILED

2017 Aug-16  PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BROKEN VESSEL MISSIONARY FULL GOSPEL BAPTIST CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | Case No.:  2:17-cv-00644-JHE |
| v. | ) ) | |
| NATIONWIDE INSURANCE COMPANY, | ) ) | |
| Defendant. | | |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, (doc. 12) it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, each party to bear its own costs.

DONE this 16th day of August, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE